UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JANET MCCRACKEN, | CASE NO. C17-0112JLR |
|---|---|
| Plaintiff, | ORDER STRIKING DISCOVERY MOTION |
| v. | |
| MERCHANTS CREDIT CORPORATION, | |
| Defendant. | |

Before the court is Plaintiff Janet McCracken's motion to compel Defendant Merchants Credit Corporation ("Merchants") to produce responses to Ms. McCracken's request for admission and requests for the production of documents. (Mot. (Dkt. # 9).) Ms. McCracken filed her motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's June 22, 2017, scheduling order. (*See* Sched. Order (Dkt. # 8) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order

ORDER - 1

relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Ms. McCracken's motion to compel discovery (Dkt. # 9) without prejudice to refiling the motion in a manner that comports with the court's scheduling order.

Dated this 26th day of April, 2018.

JAMES L. ROBART
United States District Judge