# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANET MCCRACKEN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MERCHANTS CREDIT CORPORATION,<br><br>　　　　　　　　Defendant. | CASE NO. C17-0112JLR<br><br>ORDER REGARDING LOCAL RULE 7 TELEPHONIC HEARING CONCERNING DISCOVERY DISPUTE |

On April 25, 2018, Plaintiff Janet McCracken filed a motion to compel discovery. (Mot. (Dkt. # 9).) On April 26, 2018, the court entered an order striking the motion because Ms. McCracken's counsel failed to comply with the court's directive in its scheduling order that "before moving for an order relating to discovery, the movant must request a conference with the court." (*See* Order (Dkt. # 11) at 1-2 (citing Sched. Order (Dkt. # 8) at 2).)

//

ORDER - 1

Following the court's April 26, 2018, order, Ms. McCracken's counsel requested a Local Rule 7(i) telephonic hearing to resolve the discovery dispute raised in the April 25, 2018, motion. *See* Local Rules W.D. Wash. LCR 7(i). Local Rule 7(i) requires that "[n]o request for a telephone motion shall be considered unless all counsel participate in the call making the request, or unless it is represented by counsel making the call that reasonable efforts have been made to include all counsel in the call, and that such efforts were unavailing." *See id.* Ms. McCracken's counsel represents that he made reasonable efforts to include Defendant Merchants Credit Corporation's ("Merchants Credit") counsel in his call requesting a Rule 7(i) telephonic motion but his efforts were unsuccessful. *See id.* The court therefore concludes that Ms. McCracken's counsel meets the requirements for requesting a telephonic hearing under Local Rule 7(i), and the court will hear the discovery dispute as a Rule 7(i) telephonic motion. *See id.*

Accordingly, the court SCHEDULES a telephonic hearing on Friday, May 25, 2018, at 9:00 a.m. concerning the discovery dispute initially raised in Ms. McCracken's April 25, 2018 motion and imposes the following "procedural requirements" on the parties. *See id.* Prior to the May 25, 2018, telephonic hearing, the court ORDERS each party to file a letter no later than Tuesday, May 22, 2018, at 12:00 p.m., which outlines its position concerning the discovery at issue. The court further ORDERS the parties to limit the length of their letters to no more than two (2) pages. The court will hear counsel's oral argument at the May 25, 2018, telephonic hearing and then issue an oral

//

//

ruling. The court's courtroom deputy will contact the parties with instructions on participating in the May 25, 2018, telephonic hearing.

Dated this 16th day of May, 2018.

JAMES L. ROBART
United States District Judge