Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| **JANET MCCRACKEN**, | Case No.: 2:17-cv-00112-JLR |
| Plaintiff, | **PLAINTIFF'S MOTION TO REOPEN CASE** |
| vs. | NOTE ON MOTION CALENDAR: November 9, 2018 |
| **MERCHANTS CREDIT CORPORATION,** | |
| Defendant. | |

Plaintiff, by and through counsel, hereby moves this Court to reopen this matter pursuant to its order dated August 28, 2018, as the settlement is not perfected. See Document 15 and Declaration of Joshua Trigsted, filed concurrently, § 2. Plaintiff requests that the Court allow at least 30 more days for the parties to perfect the settlement.

Dated this 22nd day of October, 2018.

By: _s/Joshua Trigsted_____
Joshua Trigsted
Trigsted Law Group, P.C.
Attorney for Plaintiff

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1