# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

**JANET MCCRACKEN,**

   Plaintiff,

   vs.

**MERCHANTS CREDIT CORPORATION,**

   Defendant.

Case No.: 2:17-cv-00112-JLR

**DECLARATION OF JOSHUA TRIGSTED IN SUPPORT OF PLAINTIFF'S MOTION TO REOPEN CASE**

Joshua Trigsted declares as follows:

1. I am attorney for the Plaintiff in this matter.
2. My office is not yet in receipt of settlement funds promised by the Defendant in return for my client's release of claims. Defense counsel has not responded to my offices attempts to follow up for the missing funds.

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.**

Dated this 22nd day of October, 2018.

By: _s/Joshua Trigsted____
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@tlgconsumerlaw.com
Attorney for Plaintiff