# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANET MCCRACKEN,<br><br>                     Plaintiff,<br>     v.<br><br>MERCHANTS CREDIT CORPORATION,<br><br>                    Defendant. | CASE NO. C17-0112JLR<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO REOPEN CASE |

Before the court is Plaintiff Janet McCracken's motion to reopen the above-entitled case because the parties' have not yet perfected their settlement. (Mot. (Dkt. # 16).) Specifically, Ms. McCraken seeks additional time for parties to perfect their settlement. (*See id.* at 1.) As described below, the court GRANTS in part and DENIES in part her motion.

On August 23, 2018, the court entered an order of dismissal because the parties had notified the court that they had settled their dispute. (Order (Dkt. # 15).) In its order,

the court stated that if the parties' settlement "is not perfected, any party may move to reopen the case, provided that such motion is filed within 60 days of the date of th[e] order." (*Id.* at 1-2.) Ms. McCracken timely filed her motion to reopen on October 22, 2018. (*See* Mot.) She asks the court to "reopen this matter" but also asks for "at least 30 more days for the parties to perfect the[ir] settlement." (*Id.* at 1.) Apparently, at the time of her motion, Ms. McCracken's counsel had not yet received settlement funds from Defendant Merchant Credit Corporation ("MCC"). (*See* Trigsted Decl. (Dkt. # 17) ¶ 2.)

MCC did not respond to Ms. McCracken's motion. (*See generally* Dkt.) A party's failure to respond to a motion "may be considered by the court as an admission that the motion has merit." Local Rules W.D. Wash. LCR 7(b)(3). However, in this instance, there is no need for the court to "reopen" the case. Instead, the court grants the parties an additional 30 days from the date of this order to perfect their settlement. If the settlement is not perfected within that time period, any party may so notify the court within the same timeframe and the court will reopen the case at that time. Accordingly, the court GRANTS in part and DENIES in part Ms. McCracken's motion (Dkt. # 16).

Dated this 28th day of November, 2018.

JAMES L. ROBART
United States District Judge