Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| **JANET MCCRACKEN**, | Case No.: 2:17-cv-00112-JLR |
| Plaintiff, | **PLAINTIFF'S NOTICE OF NON-PERFECTION OF SETTLEMENT** |
| vs. | |
| **MERCHANTS CREDIT CORPORATION,** | |
| Defendant. | |

Plaintiff, by and through counsel, hereby alerts the Court, per the Order at Docket 18, that the settlement is not perfected. Plaintiff requests that the Court re-open this case per the terms of the Order.

Dated this 10th day of January, 2018.

By: s/Joshua Trigsted____
Joshua Trigsted
Trigsted Law Group, P.C.
Attorney for Plaintiff

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1