UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET MCCRACKEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERCHANTS CREDIT<br>CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. C17-0112JLR<br><br>ORDER DIRECTING CLERK TO REOPEN THIS MATTER AND SCHEDULING STATUS CONFERENCE |

Pursuant to Plaintiff Janet McCracken's notice of non-perfection of settlement (Notice (Dkt. # 19)), the court hereby DIRECTS the Clerk to re-open this matter. In addition, the court ORDERS counsel for the parties to appear in person at a status conference on January 18, 2019, at 10:00 a.m. The court further ORDERS that, in addition to its legal counsel, a corporate representative with decision-making authority in

//

//

this case shall appear on behalf of Defendant Merchants Credit Corporation.

Dated this 15th day of January, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge