Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| **JANET MCCRACKEN**, ) | Case No.: 2:17-cv-00112-JLR |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S NOTICE OF PERFECTION OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **MERCHANTS CREDIT CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, by and through counsel, hereby alerts the Court that the settlement of this case has been recently perfected, and that Plaintiff wishes for the case to be dismissed. Plaintiff requests that the Court re-close the case and strike the status conference set for January 18, 2019.

Dated this 16th day of January, 2018.

By: s/Joshua Trigsted
Joshua Trigsted
Trigsted Law Group, P.C.
Attorney for Plaintiff

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126