# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANET MCCRACKEN, | CASE NO. C17-0112JLR |
| Plaintiff, | ORDER |
| v. | |
| MERCHANTS CREDIT CORPORATION, | |
| Defendant. | |

On January 15, 2019, the court directed the Clerk to reopen this case and scheduled a status conference based on Plaintiff Janet McCracken's notice that the parties had failed to perfect their settlement. (*See* 1/15/19 Order (Dkt. # 20); 1/10/19 Notice (Dkt. # 19).) On January 16, 2019, Ms. McCracken filed a second notice stating that the parties' settlement is now perfected. (1/16/19 Notice (Dkt. # 21).) Based on Ms. McCracken's second notice and the parties' perfected settlement, this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

ORDER - 1

(*See* Order of Dismissal (Dkt. # 15).)  Accordingly, the court STRIKES the January 18, 2019, status conference and DIRECTS the Clerk to re-close this matter.

Dated this 17th day of January, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2